DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDRE ANTONIO JEFFERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0757

_____

August 14, 2026

Appeal from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Alex R. Stavrou, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.